FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 1 9 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL INDICTMENT |
| v. | : |
| | : NO. **1:05-CR-488** |
| JOSEPH DOMINIC FLOWERS | : |
| d/b/a T&J Automotive Leasing, Inc.: | |
| a/k/a Clemens Reuter, and | : |
| GEORGE BYROM, IV | : |
| d/b/a First Class | : |
| Motorsports Atlanta, Inc. | : |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
(18 U.S.C. § 371)
<u>CONSPIRACY</u>

I.    <u>INTRODUCTION</u>

1.    Beginning on or about March 26, 2002, and continuing through the date of this indictment, in the Northern District of Georgia and elsewhere, the defendants, JOSEPH DOMINIC FLOWERS, d/b/a T&J Automotive Leasing, Inc., a/k/a Clemens Reuter, and GEORGE BYROM, IV, d/b/a First Class Motorsports Atlanta, Inc., did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury to commit the following offenses against the United States, that is, to defraud insurance companies by submitting material false applications for insurance and material false claims for payment for property damage and bodily injury,

allegedly resulting from accidents involving insured automobiles, including claims to the following companies; Vesta Insurance Company; Continental/Quality Casualty Insurance; Safe Auto Insurance; Progressive Insurance; National Grange Insurance; Guideone/Grange Insurance; Go America Insurance; GMAC/National General Insurance; GEICO Insurance; Atlantic Casualty/Orion Auto/Royal Sun Alliance/Guarantee National Insurance; Empire, Fire and Marine Insurance; Direct General Insurance; Dairyland/Sentry Insurance; American Premier/Atlanta Casualty/Infinity Insurance; Acceptance/US Auto Insurance; Victoria Insurance and to obtain money from said companies by means of material, false and fraudulent pretenses, representations, and promises, well knowing at the time that such pretenses, representations, and promises were and would be false when made or caused to be made; using, and causing to be used the United States mail and private or commercial interstate carriers, in furtherance of such scheme and artifice to defraud in violation of Title 18, United States Code, Section 1341.

II.   OBJECT OF THE CONSPIRACY

2.    The object of the conspiracy was to enrich the defendants and others at the expense of various insurance companies by inducing the latter to pay property damage, medical, and bodily injury claims based on fictitious and staged automobile accidents and nonexistent injuries.

III.  **MANNER AND MEANS**

3.    It is relevant to the conspiracy that the defendants and other unindicted co-conspirators:

(a)  Obtained automobile insurance from insurance companies using false identification.  More specifically, insurance was obtained, using false driver's licenses, false social security numbers and by applying online or by telephone using such false identification. Such false identification included: (i) identification that was counterfeit, and (ii) identification which belonged to a person who had not authorized it and was not aware of its use in the scheme;

(b)  Obtained United States Post Office boxes using false identification;

(c)  Obtained mail box drops at various commercial facilities using false identification;

(d)  Utilized street addresses which were the home addresses that belonged to persons who neither authorized nor were aware of their use in insurance applications and subsequent insurance claims;

(e)  Falsely reported to the insurance companies the occurrence of automobile accidents involving the insured vehicles;

(f)  Created or caused others to create false medical reports of treatment from fictitious medical centers and

fictitious doctors to be submitted to the insurance companies in support of bodily injury claims;

(g) Created or caused others to create false property damage estimates and appraisals for the claimant vehicles which were alleged to have been in the accidents, submitted in support of false property damage claims;

(h) Created or caused others to create and submitted false property damage claims to the insurance companies;

(i) Deposited or caused others to deposit the insurance proceeds paid in settlement of the fraudulent property damage and bodily injury claims into accounts other than the accounts of the purported claimants and that money was deposited into defendants' bank accounts; and

(j) Used and caused the United States mail and private or commercial interstate carriers to be used in furtherance of said scheme and artifice to defraud.

IV.   OVERT ACTS

4.   In furtherance of the conspiracy and to achieve the object thereof, the defendants, and other unindicted co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others, in the Northern District of Georgia and elsewhere:

<u>MARCH 26, 2002, ACCIDENT, CONTINENTAL NATIONAL/QUALITY CASUALTY</u>

<u>INSURANCE</u>

(a)   On or about February 13, 2002, Georgia Driver's License number 252250714 was fraudulently submitted as proof of identification for "Ronald Ricketts" on a vehicle insurance application.   Such application also provided a false home address for "Ronald Ricketts" which was 1111 Calhoun Place, Anniston, AL 36207. Based upon this false information, on or about February 13, 2002, Continental National/Quality Casualty Insurance ("Quality") issued automobile insurance policy number 6876762 to "Ronald Ricketts".

(b)   On or about March 26, 2002, an accident report was submitted that falsely claimed that the insured vehicle was in an accident on March 26, 2002.   Such report also falsely claimed that "William Raines, Sr." and "William Raines, Jr." were involved in the accident in that their vehicle (a Blue Chevrolet Cavalier, VIN 1G1JC524747125315) struck the insured, "Ronald Ricketts" who was driving a 1996 Toyota Tacoma.

(c)   The defendant, JOSEPH DOMINIC FLOWERS, using a known alias, "Clemens Reuter," rented P.O. Box 1444, Red Oak, GA 30277, which was a false mailing address given to Quality in the accident claim for "William Raines, Sr." and "William Raines, Jr." The accident claim also gave a false home address (308 Crescent Hill Lane, Acworth, GA 30101).

5

(d)   Insurance bodily injury claims submitted to Quality falsely claimed that both "William Raines, Sr." and "William Raines, Jr." received medical treatment from George W. Evans, D.C., and John D. White, D.C., at Westside Family Chiropractic and Wellness Center, One Sovereign Place, Ste 100, PO Box 1445, Atlanta, GA 30061.   Such medical facility does not exist.

(e)   Based upon the material false application and claim representations indicated above, on or about April 17, 2002, Quality issued a $5,315.62 property damage check to "William Raines" which was sent by United States mail to: "William Raines" at P.O. Box 941573, Atlanta, GA 31141.   On April 24, 2002, this check was deposited into the Wachovia Bank checking account 13280557 in the name of JOSEPH DOMINIC FLOWERS, d/b/a T&J Automotive Leasing, Inc., a/k/a Clemens Reuter.

(f)   Based upon the material false application and claim representations indicated above, on or about September 19, 2002, Quality issued two bodily injury checks totaling $6,100.00 to "William Raines, Sr." and "William Raines, Jr.". These checks were each sent by Quality by United States mail to, respectively: William Raines, Jr. and William Raines, Sr. at P.O. Box 1444, Red Oak, GA 30272, rented by Clemens Reuter. On September 30, 2002, these checks were deposited into the

Wachovia Bank checking account 140559907 in the name of GEORGE BYROM, IV, d/b/a First Class Motorsports Atlanta, Inc.

### JUNE 25, 2002, ACCIDENT, SAFE AUTO

(g)  On or about April 2, 2002, fraudulent identification bearing the social security number 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 was submitted as proof of identification for "Sherri West" on a vehicle insurance application.  Such application also provided a false home address for "Sherri West" which was 111 E. Hall Street, Savannah, GA 31401, a non-existent address.  Based upon this false information, on or about April 2, 2002, Safe Auto Insurance issued automobile insurance policy number GA20665 to "Sherri West".

(h)  On or about June 25, 2002, an accident report was submitted that falsely claimed the insured vehicle was in an accident on June 25, 2002.  Such report also falsely claimed that "Joseph Fober" was involved in the accident in that his vehicle (a Blue Lexus, VIN  JT8BH28F1W0101979) struck the insured, "Sherri West" who was driving a 1994 Nissan Altima. The Blue Lexus is a vehicle that was used as the claimant vehicle in at least ten other false accident claims.

(i)  The defendant, JOSEPH DOMINIC FLOWERS, rented 3277 Roswell Road, Ste. 478, Atlanta, GA 30305, a private mailbox, which was a false mailing address given to Safe Auto in the accident claim for "Joseph Fober".  The accident claim also

gave a false home address (530 Northside Drive, Carrollton, GA 30117).

(j) Based upon the material false application and claim representations indicated above, on or about July 10, 2002, Safe Auto issued a property damage check totaling $5,503.12 to "Joseph Fober". This check was sent by Safe Auto by United States mail to: Joseph Fober, at 3277 Roswell Road, Ste 478, Atlanta, GA 30305. On August 5, 2002, this check was deposited into the Wachovia Bank checking account 14059907 in the name of GEORGE BYROM, IV, d/b/a First Class Motorsports Atlanta, Inc.

FEBRUARY 17, 2004, ACCIDENT, GMAC/NATIONAL GENERAL

(k) On or about January 21, 2004, North Carolina Driver's License number 8737875 was fraudulently submitted as proof of identification for "Anne Seleh" on a vehicle insurance application. Such application also provided a false home address for "Anne Seleh" which was 4231 Holly Hill Drive, Macon, GA 31216. Based upon this false information, on or about January 21, 2004, GMAC/National General Insurance issued automobile insurance policy number 3260928A01 to "Anne Seleh".

(l) On or about February 17, 2004, an accident report was submitted that falsely claimed that the insured vehicle was in an accident on February 17, 2004. Such report also falsely claimed that "Bill Woodward" was involved in the

8

accident in that his vehicle (a Blue Lexus, VIN JT8BH28F2Y0173096) struck the insured, "Anne Seleh" who was driving a 1991 Chevrolet Caprice, VIN 1G1BN53E0MW118270. The Blue Lexus is a vehicle that was used as the claimant vehicle in at least ten other false accident claims.

(m)  The defendant, GEORGE BYROM, IV, kept the scripted details of this alleged accident between "Anne Seleh" and "Bill Woodward" in a file on his computer. The accident claim to GMAC/National General gave a false home address (1849 Emerald Drive, Jonesboro, GA 30236) for "Bill Woodward".

(n)  Based upon the material false application and claim representations indicated above, on or about March 1, 2004, GMAC/National General issued a property damage check totaling $7,519.61 to "Bill Woodward". This check was sent by GMAC/National General by United States mail to Bill Woodward. On March 4, 2004, this check was deposited into the Wachovia Bank checking account 14059907 in the name of GEORGE BYROM, IV, d/b/a First Class Motorsports Atlanta, Inc.

### FEBRUARY 18, 2004, ACCIDENT, GRANGE

(o)  On or about January 16, 2004, a fraudulent North Carolina Driver's License number 16822015 was submitted as proof of identification for "Nicole Colson" on a vehicle insurance application. Such application also provided a false home address for "Nicole Colson" which was 2470 Kennsington

Road, Macon, GA 31211.   Based upon this false information, on or about January 16, 2004, Grange Insurance issued automobile insurance policy number NSA 9470743 "Nicole Colson".

(p)   On or about February 18, 2004, an accident report was submitted that falsely claimed that the insured vehicle was in an accident on February 18, 2004.   Such report also falsely claimed that "John Shallenstein" was involved in the accident in that his vehicle (a Blue Lexus, VIN JT8BH28F2Y0173096) struck the insured, "Nicole Colson" who was driving a 1991 Chevrolet Caprice, VIN 1G1BN53E5MU148962.   The Blue Lexus is a vehicle that was used as the claimant vehicle in at least ten other false accident claims.

(q)   The accident claim to Grange Insurance gave a false home address (185 Harrison Road, Cartersville, GA) for and a false mailing address (265 Ponce de Leon, #3314, Atlanta, GA 30308) "John Shallenstein".   The mailing address provided was submitted by claimants in at least one other false accident claim.   The defendant, GEORGE BYROM, IV, kept the scripted details of this alleged accident between "Nicole Colson" and "John Shallenstein" in a file on his computer.

(r) Based upon the material false application and claim representations indicated above, on or about March 3, 2004, Grange Insurance issued a property damage check totaling $9,080.51 to "John Shallenstein" which was sent by United

10

States mail to: John Shallenstein, at 265 Ponce de Leon, #3314, Atlanta, GA 30308. On or about March 4, 2004, this check was found in the possession of the defendant, GEORGE BYROM, IV.

MARCH 19, 2003 ACCIDENT, CONTINENTAL NATIONAL/QUALITY CASUALTY

(s) On or about January 28, 2003, Georgia Driver's License number 042938520 was fraudulently submitted as proof of identification for "Michael Farber" on a vehicle insurance application. Such application also provided a false home address for "Michael Farber" which was 1912 Coleman Road, Apt. A, Anniston, AL 36207. Based upon this false information, on or about January 28, 2003, Continental Nation Quality Casualty issued automobile insurance policy number QC01201426 to "Michael Farber."

(t) On or about March 19, 2003, an accident report was submitted that falsely claimed that the insured vehicle was in an accident on March 19, 2003. Such report also falsely claimed that "Ronald Woods" was involved in the accident in that his vehicle (a Green Lexus VIN JT8BH28F5W0105694) struck the insured, "Michael Farber" who was driving a 1994 Nissan Truck, VIN 1N6SD16Y7RC385130. Such report also falsely claimed that "Barry Jefferson" was involved in the accident in that his vehicle (a Ford F-150) was also struck. The Green

11

Lexus is a vehicle that was used as the claimant vehicle in at least three other false accident claims.

(u) The defendant, JOSEPH DOMINIC FLOWERS, rented 3277 Roswell Road, Ste. 478, Atlanta, GA 30305, a private mailbox, which was a false mailing address given to Continental National/Quality Casualty in the accident claim for "Ronald Woods." The accident claim also gave a false home address (410 Applewoods Drive, Monroe, GA 30656).

(v) The defendant, JOSEPH DOMINIC FLOWERS, rented P. O. Box 81241, Chamblee, GA 30366, which was a false mailing address given to Continental National/Quality Casualty in the accident claim for "Barry Jefferson." The accident claim also gave a false home address (1509 Holiday Hills Drive, Chattanooga, TN 37421).

(w) Based upon the material false application and claim representations indicted above, on or about April 7, 2003, Continental National/Quality Casualty issued two property damage checks totaling a $9,765.89 to "Ronald Woods" and "Barry Jefferson." These checks were each sent by United States mail to, respectively: "Ronald Woods" at 3277 Roswell Road, Ste. 478, Atlanta, GA 30305 and "Barry Jefferson" at P. O. Box 81241, Chamblee, GA 30366. On or about April 18, 2003, these checks were deposited into the Wachovia Bank checking account 13280557 in the name of JOSEPH DOMINIC

12

FLOWERS, d/b/a T&J Automotive Leasing, Inc., a/k/a Clemens Reuter.

### APRIL 22, 2005, ACCIDENT, GEICO

(x)  On or about February 25, 2005, North Carolina Driver's License number 2854304 was fraudulently submitted as proof of identification for "Sean McCarthy" on a vehicle insurance application.  Such application also provided a false home address for "Sean McCarthy" which was 6221 Stockton Drive, Chattanooga, TN 37416.  Based upon this false information, on or about February 25, 2005, GEICO issued automobile policy number 4033535370 to "Sean McCarthy".

(y)  On or about April 22, 2005, an accident report was submitted that falsely claimed that the insured vehicle was in an accident on April 22, 2005.  Such report also falsely claimed that "Kevin Walker" was involved in the accident in that his vehicle (a Gold Honda Accord, VIN 1HGCM56795A006112) struck the insured, "Sean McCarthy" who was driving a 1994 Ford F-150 pickup, VIN 1FTDF15Y5RLB57491.  The Gold Honda Accord is a vehicle that was used as the claimant vehicle in at least two other false accident claims.

(z)  The defendant, JOSEPH DOMINIC FLOWERS, rented 3277 Roswell Road, Ste. 478, Atlanta, GA 30305, a private mailbox, which was a false mailing address given to GEICO in the

13

accident claim for "Kevin Walker". The accident claim also gave a false home address (4723 Bogie Road, Duluth, GA 30096).

(aa) Based upon the material false application and claim representations indicated above, on or about April 29, 2005, GEICO issued a $4,258.86 property damage check to "Kevin Walker" which was sent by United States mail to: "Kevin Walker" at 3277 Roswell Road, Ste 478, Atlanta, GA 30305. On May 4, 2005, this check was deposited into the Wachovia Bank checking account 13280557 in the name of JOSEPH DOMINIC FLOWERS, d/b/a T&J Automotive Leasing, Inc.

(bb) The Grand Jury incorporates by reference as additional overt acts the mail communications set forth in Counts 2 through 25 of this Indictment.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH TWENTY-FIVE
(18 U.S.C. § 1341 and § 2)
Mail Fraud

1. The Grand Jury realleges the facts stated in Paragraphs 1 through 4 of Count One of this Indictment which set forth the details of the scheme to defraud and hereby incorporates by reference those facts as part of each count of the Indictment as if the same were fully set forth herein.

2. On or about the dates specified below, in Column B, in the Northern District of Georgia, for the purpose of executing the above

described scheme and artifice to defraud, and attempting to do so, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, the defendants, JOSEPH DOMINIC FLOWERS, d/b/a T&J Automotive Leasing, Inc., a/k/a Clemens Reuter, and GEORGE BYROM IV, d/b/a First Class Motorsports Atlanta, Inc., aided and abetted by each other and others known and unknown to the Grand Jury, knowingly caused the mail matter specified in Column E below to be delivered by United States mails, and by private and commercial interstate carrier, from the sender specified in Column C below to the addresses specified in Column D, below:

| A | B | C | D | E |
|---|---|---|---|---|
| COUNT | DATE | SENDER | ADDRESSED | MAIL MATTER |
| 2 | 5/13/02 | Dairyland/Sentry, Richmond, VA | Morris Mohan, PO Box 538, Red Oak, GA 30272 | Property Damage Check for $4,441.11 pertaining to alleged accident on 5/13/02 |
| 3 | 5/13/02 | Go America, Indianapolis, IN | George Grant, PO Box 538, Red Oak, GA 30272 | Property Damage Check for $4,532.24 pertaining to alleged accident on 5/13/02 |
| 4 | 5/18/02 | Atlantic Casualty/Orion Auto/Royal Sun Alliance/Guarantee National, Charlotte, NC | Robbie Stubbs, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $300.00 pertaining to alleged accident on 5/18/02 |
| 5 | 5/18/08 | Atlantic Casualty/Orion Auto/Royal Sun Alliance/Guarantee National, Charlotte, NC | Robbie Stubbs, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $7,176.24 pertaining to alleged accident on 5/18/02 |
| 6 | 5/18/02 | Direct General, Union City, GA | Bob Smith, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $4,460.24 pertaining to alleged accident on 5/18/02 |
| 7 | 5/18/02 | National Grange, Glen Ellen, VA | John Dennis, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $5,208.23 pertaining to alleged accident on 5/18/02 |

| A | B | C | D | E |
|---|---|---|---|---|
| COUNT | DATE | SENDER | ADDRESSED | MAIL MATTER |
| 8 | 5/18/02 | National Grange, Glen Ellen, VA | John Dennis, PO Box 1445, Marietta, GA 30061 | Bodily Injury Check for $4,200.00 pertaining to alleged accident on 5/18/02 |
| 9 | 5/18/02 | Safe Auto Insurance, Columbus, OH | Douglas Willams, 2375 Wesley Chapel Road, #1358, Decatur, GA 30035 | Property Damage Check for $5,292.51 pertaining to alleged accident on 5/18/02 |
| 10 | 6/14/02 | Dairyland/Sentry, Richmond, VA | Doug Stubbs, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $4,224.16 pertaining to alleged accident on 6/14/02 |
| 11 | 6/14/02 | Dairyland/Sentry, Richmond, VA | Doug Stubbs, PO Box 1445, Marietta, GA 30061 | Bodily Injury Check for $4,000.00 pertaining to alleged accident on 6/14/02 |
| 12 | 7/26/02 | Direct General, Union City, GA | Frank Rogers, PO Box 1323, Mableton, GA 30126 | Property Damage Check for $3,371.45 pertaining to alleged accident on 7/26/02 |
| 13 | 10/28/02 | Dairyland/Sentry, Richmond, VA | Roy Jacobson, PO Box 767901, Roswell, GA 30076 | Property Damage Check for $7,938.72 pertaining to alleged accident on 10/28/02 |
| 14 | 12/10/02 | Safe Auto Insurance, Columbus, OH | Elsie Armond, 3277 Roswell Road, #356, Atlanta, GA 30305 | Property Damage Check for $7,914.19 pertaining to alleged accident on 12/10/02 |
| 15 | 3/17/03 | Empire Fire & Marine, Omaha, NE | Kenyatta Sims, PO Box 81241, Atlanta, GA 30366 | Property Damage Check for $4,206.98 pertaining to alleged accident on 3/17/03 |
| 16 | 5/7/03 | GMAC/National General | Shawn Walker, P.O. Box 81241, Atlanta, GA 30366 | Property Damage Check for $7,998.21 pertaining to alleged accident on 5/7/03 |
| 17 | 3/29/03 | Direct General, Union City, GA | Joel Daniel, PO Box 7784, Marietta, GA 30065 | Property Damage Check for $4,012.24 pertaining to alleged accident on 3/29/03 |
| 18 | 4/6/03 | Victoria Insurance, Cleveland, OH | Stacey Smith, PO Box 81241, Chamblee, GA 30366 | Property Damage Check for $7,872.52 pertaining to alleged accident on 4/6/03 |

| A<br>COUNT | B<br>DATE | C<br>SENDER | D<br>ADDRESSED | E<br>MAIL MATTER |
|---|---|---|---|---|
| 19 | 6/6/03 | Vesta Insurance, Birmingham, AL | Mark Stubbs, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $4,518.81 pertaining to alleged accident on 6/6/03 |
| 20 | 6/6/03 | Vesta Insurance, Birmingham, AL | Mark Stubbs, PO Box 1445, Marietta, GA 30061 | Bodily Injury Check for $3,500.00 pertaining to alleged accident on 6/6/03 |
| 21 | 10/26/03 | Progressive Insurance, Norcross, GA | Jack Lanier, 265 Ponce de Leon, #3314, Atlanta, GA 30308 | Property Damage Check for $4,707.38 pertaining to alleged accident on 10/26/03 |
| 22 | 11/16/03 | Acceptance/US Auto, Nashville, TN | Richard Wells, PO Box 1323, Mableton, GA 30126 | Property Damage Check for $4,363.02 pertaining to alleged accident on 11/16/03 |
| 23 | 11/16/03 | Direct General, Union City, GA | Brian Rogers, PO Box 1323, Mableton, GA 30126 | Property Damage Check for $5,316.20 pertaining to alleged accident on 11/16/03 |
| 24 | 11/16/03 | Direct General, Union City, GA | Brian Rogers, PO Box 1323, Mableton, GA 30126 | Bodily Injury Check for $3,000.00 pertaining to alleged accident on 11/16/03 |
| 25 | 11/27/03 | American Premier/Atlanta Casualty/ Infinity, Alpharetta, GA | Joel Smith, PO Box 1445, Marietta, GA 30061 | Property Damage Check for $4,883.34 pertaining to alleged accident on 11/27/03 |

17

All in violation of Title 18, United States Code, Sections 1341 and 2.

A _____ BILL

_____
FOREPERSON

DAVID E.NAHMIAS
UNITED STATES ATTORNEY

BERNITA MALLOY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6052
Georgia Bar No. 718905